IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
OCT 1 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 5:14-cv-0130 |
| ALLEN DOCKERY ) Hickory, NC; ) | |
| ALLEN DOCKERY dba H&A ELECTRIC ) Hickory, NC; and ) | |
| HOLLIE T. DOCKERY ) Hickory, NC, ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT

Upon motion of plaintiff, the United States, and for good cause shown, it is hereby ORDERED, pursuant to Fed. R. Civ. P. 55(b), that the United States' motion for default judgment against each of Allen Dockery, Allen Dockery dba H&A Electric, and Hollie T. Dockery is GRANTED in its entirety;

Accordingly, it is hereby ORDERED AND ADJUDGED that Allen Dockery is indebted to the United States in the amount of $144,446.92, as of August 4, 2014, plus statutory additions accruing after that date, for (1) Form 1040 federal income tax liabilities for the 2000 and 2004 tax years; (2) Form 940 unemployment tax liabilities for the 1998 tax year; and (3) Form 941 quarterly

12927797.1

employment tax liabilities for the third quarter of 2001, the first, second, third, and fourth quarters of 2002, and the second quarter of 2004;

ORDERED AND ADJUDGED that Hollie T. Dockery is indebted to the United States in the amount of $40,762.38, as of August 4, 2014, plus statutory additions accruing after that date, for Form 1040 federal income tax liabilities for the 2000 and 2004 tax years;

ORDERED AND ADJUDGED that the United States has valid and subsisting tax liens against Allen Dockery that arose as of the dates of (1) the Form 1040 federal income tax assessments against him for the 2000 and 2004 tax years; (2) the Form 940 federal unemployment tax assessment against him for the 1998 tax year; and (3) the Form 941 quarterly employment tax assessments against him for the third quarter of 2001, the first, second, third, and fourth quarters of 2002, and the second quarter of 2004;

ORDERED AND ADJUDGED that the United States has valid and subsisting tax liens against Hollie T. Dockery that arose as of the dates of the Form 1040 federal income tax assessments against her for the 2000 and 2004 tax years;

ORDERED AND ADJUDGED that the above referenced United States tax liens are attached to and be foreclosed against Allen Dockery's and Hollie T. Dockery's interests of the real property commonly known as 1020 26th Street, N.E., Hickory, North Carolina (the "Property"), with the legal description:

BEGINNING at an iron pin in the eastern margin of 26th Street, N. E., which beginning point is North 4 41 East 107 feet from the northern margin of 10th Avenue, N. E., which point is also at the northwest corner of Lot No. 44 according to the plat hereinafter referred to and runs thence with the eastern margin of said street North 4 41 East 107 feet to an iron pin at the southwest corner of Lot No. 42; thence with the southern line of Lot No. 42 South 85 19 East 190 feet to an iron pin at the southeast corner of Lot No. 42; thence South 4 41 West 107 feet to an iron pin at the northeast corner of Lot No. 44; thence with the northern line of Lot No. 44 North 85 19 West 190 feet to the BEGINNING.

Being Lot No. 43 of "Pine Valley" Subdivision according to a plot by Marion E. Boich, R.S., a copy of which is recorded in the office of the Register of Deeds for Catawba County in Plat Book 14 at Page 48.

This conveyance is made subject to those certain restrictions as set out in "Declaration of Restrictions" which instrument is recorded in the Office of the Register of Deeds for Catawba County in Book 948 at page 705, and also subject to such rights-of-way or easements for utilities as appear of record.

ORDERED AND ADJUDGED that the Property be sold by a proper officer of the Court according to law, free and clear of any rights, title, liens, claims, or interests of Allen Dockery, Hollie T. Dockery, and the United States, and with the proceeds of the sale to be distributed according to further Court order.

ORDERED that the Clerk shall enter judgment forthwith in conformance with the foregoing.

Dated: 10-1-15

_____
UNITED STATES DISTRICT JUDGE

12927797.1