**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-00130-RLV-DSC**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> ALLEN DOCKERY ) <br> Hickory, NC; ) <br> ) <br> ALLEN DOCKERY dba H&A ELECTRIC ) <br> Hickory, NC; and ) <br> ) <br> HOLLIE T. DOCKERY ) <br> Hickory, NC, ) <br> ) <br> **Defendants.** ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the United States' motion for order confirming sale and directing distribution of sales proceeds. [Doc. 16]. Responses to the United States' motion were due by December 2, 2016, but Defendant did not file a response. It appearing that the United States' motion is well take, **IT IS, THEREFORE, ORDERED THAT:**

(1) The United States' motion is **GRANTED**;

(2) The sale of the property commonly known as 1020 26th Street, N.E. in Hickory, North Carolina to Pahoua Chang is hereby **CONFIRMED**;

(3) In consideration for the payments totaling $41,000, which have been received by the Clerk of Court, the Internal Revenue Service shall execute and deliver the deed conveying the real property referenced above to Pahoua Chang; and

(4) The Clerk of Court shall distribute the amount of $41,000 as follows:

a. First, $1,643.73 to the Internal Revenue Service for the costs of the sale by check made out to United States Treasury and mailed to Richard Andrews, Property Appraisal & Liquidation Specialist, Internal Revenue Service, 3340 Jaeckle Drive, Suite 101, Wilmington, North Carolina 28403;

b. Second, $639.40 to the Catawba County Tax Office for unpaid real estate taxes by check mailed to the following address: P.O. Box 100A, S.W. Blvd., Newton, North Carolina 28658; and

c. The remaining $38,716.87 to the United States by checks made out to United States Treasury and mailed to Joseph Hunsader, United States Department of Justice – Tax Division, P.O. Box 227, Washington, D.C. 20044 as follows: $19,358.44 with respect to Hollie Dockery's 2000 and 2004 income tax liabilities and $19,358.43 with respect to Allen Dockery's employment tax liabilities for the first quarter of 2001, all four quarters of 2002, and the fourth quarter of 2004, as well as his unemployment tax liabilities for 1998.

Signed: December 13, 2016

Richard L. Voorhees
United States District Judge